UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RUHI J. REIMER,<br>    Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br>    Defendant. | )<br>)<br>)<br>)<br>)   Civ. No. 1:18-cv-229<br>)<br>)<br>)<br>)<br>) |

ORDER

THIS MATTER comes before the Court on Plaintiff's Consent Motion to Extend Time to Respond to the Defendant's Motion to Dismiss (Dkt. 6). Plaintiff requests that the Court extend the time he has to respond to Defendant's Motion to Dismiss (Dkt. 3) to April 16, 2018. However, the hearing on Defendant's Motion to Dismiss is noticed for April 13, 2018. Accordingly, it is hereby

ORDERED that Plaintiff's Consent Motion to Extend Time to Respond to the Defendant's Motion to Dismiss (Dkt. 6) is GRANTED IN PART. Plaintiff has until April 6, 2018, to appropriately respond to Defendant's Motion to Dismiss.

ENTERED this 23rd day of March, 2018.

                                                        /s/
                                        Theresa Carroll Buchanan
                                        United States Magistrate Judge

                                        _____
                                        THERESA CARROLL BUCHANAN
                                        UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia